Paul J. Hayes, I, Jonathan R. Deblois, Kevin Gannon, Attorneys Hayes Messina Gilman & Hayes, Boston, MA, for Plaintiff–Appellant.

David M. Ruddy, Benjamin S. Richards, Attorneys, John J. Fargo, Director, Department of Justice, Washington, DC, for Defendant–Appellee United States.

Michael A. Oblon, Attorney, Jeffrey N. Eisenstein, Seth H. Locke, Andrew E. Shipley, Perkins Coie, LLP, Washington, DC, for Defendant–Appellee Northrop Grumman Systems Corporation.

Before DYK, REYNA, and WALLACH, Circuit Judges.

### ORDER

PER CURIAM.

IT IS ORDERED THAT:

The judgment of the United States Court of Federal Claims is affirmed on the ground that the statute of limitations in 28 U.S.C. § 2501 bars Unitrac, LLC's claim.

Alan I. Saltman, Smith, Currie & Hancock LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Richard W. Goeken. Of counsel was Charles W. Surasky, of Atlanta, Georgia.

Sharon A. Snyder, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Bryant G. Snee, Deputy Director. Of counsel was Joshua Schnell, Trial Attorney.

, PROST, Chief Judge, NEWMAN and REYNA, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**

**Kenneth EARMAN, (on behalf of himself and all others similarly situated), Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2014–5053.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2015.

**Philip L. RICE, Claimant–Appellant,**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7113.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2015.